IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROCKY JONES, #140813, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:15-CV-826-WKW |
| ) | (WO) |
| WILLIE THOMAS, Warden, and ) | |
| STEVE MARSHALL, Attorney ) | |
| General of the State of Alabama ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On January 29, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 12) is ADOPTED, and that this action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 30th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE