IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROCKY JONES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIE THOMAS, Warden, and ) <br> STEVE MARSHALL, Attorney ) <br> General of the State of Alabama ) <br> ) <br> Respondents. ) | CASE NO. 1:15-CV-826-WKW <br> (WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court (1) that judgment is ENTERED in favor of Respondents Willie Thomas and Steve Marshall and against Petitioner Rocky Jones, and (2) this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of April, 2018.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE